**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2342**

———————

CHERIE L. THOMPSON,

Plaintiff - Appellant,

versus

JO ANNE BARNHART, Commissioner of Social
Security,

Defendant - Appellee,

and

LARRY G. MASSANARI, Acting Commissioner of
Social Security,

Defendant.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-01-91-1)

———————

Submitted: April 30, 2003              Decided: May 19, 2003

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard Paul Cohen, COHEN, ABATE & COHEN, L.C., Morgantown, West Virginia, for Appellant. James A. Winn, Regional Chief Counsel, Region III, Patricia M. Smith, Deputy Chief Counsel, Nicole L. Appalucci, Assistant Regional Counsel, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Thomas E. Johnston, United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cherie L. Thompson appeals the district court's order adopting the magistrate judge's decision granting summary judgment in favor of the Commissioner of Social Security in this action seeking disability insurance benefits. After reviewing the record and briefs, we conclude that substantial evidence supports the Commissioner's decision and the correct law was applied. Accordingly, we find that the issues raised on appeal lack merit, and we affirm for the reasons stated by the district court. <u>See</u> <u>Thompson v. Barnhart</u>, No. CA-01-91-1 (N.D.W. Va. Sept. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>